IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

JIMMIE L. RAYNOR                                               PLAINTIFF

v.                      CIVIL NO. 07-5202

MICHAEL J. ASTRUE, Commissioner
Social Security Administration                             DEFENDANT

## **J U D G M E N T**

For reasons stated in the memorandum opinion of this date, we hereby affirm the decision of the Commissioner and dismiss plaintiff's case with prejudice. **The parties have sixty days from entry of the judgment on the docket in which to appeal.**

IT IS SO ORDERED AND ADJUDGED this 14th day of August 2008.

/s/ *J. Marschewski*
HON. JAMES R. MARSCHEWSKI
UNITED STATES MAGISTRATE JUDGE